Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  23−11658−JNP
                    Chapter:  13
                    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raquel L. Wade
   aka Raquel L. Gracia−Wade, fka Raquel
   Lezette Gracia
   138 Chalkboard Court
   Moorestown, NJ 08057

Social Security No.:
   xxx−xx−0167

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 18, 2023.


Dated: May 18, 2023
JAN: jpl

                                       Jeanne Naughton
                                       Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11658-JNP |
| Raquel L. Wade | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 18, 2023 | Form ID: plncf13 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raquel L. Wade, 138 Chalkboard Court, Moorestown, NJ 08057-1676 |
| cr | + | School House Mews Condominium Association, c/o I. Dominic Simeone, Esq., Simeone & Raynor, LLC, 1522 Route 38, Cherry Hill, NJ 08002-2216 |
| 519850603 | + | Frank Batistini Orthodontist, 300 Chester Ave, Suite 107, Moorestown, NJ 08057-2512 |
| 519850605 | + | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519850606 | + | Jefferson Health System, 833 Chestnut Street, Suite 115, Philadelphia, PA 19107-4401 |
| 519860644 | + | Moorestown Township, 111 W 2nd St., Moorestown, NJ 08057-2471 |
| 519850609 | + | Moorestown Water & Sewer Department, 111 W 2nd Street, Moorestown, NJ 08057-2471 |
| 519850610 | + | Pentagon, P O Box 1432, Alexandria, VA 22313-1432 |
| 519850613 | + | Raquel Gracia, 1224 Green Lane, Cherry Hill, NJ 08003-1145 |
| 519857737 | + | School House Mews Condominium Association, c/o Simeone & Raynor, LLC, 1522 Route 38, Cherry Hill, NJ 08002-2216 |
| 519850614 | + | School House Mews Condominium Association, c/o Action Management Group, 180 Tuckerton Road, Suite 2, Medford, NJ 08055-8802 |
| 519850615 | + | Simeone & Raynor, LLC, Harvard Building, 1522 Route 38, Cherry Hill, NJ 08002-2216 |
| 519850616 | + | Summit Collection Serv, 50 N Franklin Tpke Ste 1, Ho Ho Kus, NJ 07423-1562 |
| 519850620 | + | Tdrcs/Raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 519850621 | + | Tolls by Mail, PO Box 15183, Albany, NY 12212-5183 |
| 519850622 | + | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |
| 519850623 | + | Yazmine Gracia-Wade, 138 Chalkboard Court, Moorestown, NJ 08057-1676 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 18 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 18 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 21:00:11 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519850604 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 18 2023 20:35:00 | Honda Financial, PO Box 1027, Alpharetta, GA 30009 |
| 519852273 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 18 2023 20:35:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519850595 | + | Email/Text: backoffice@affirm.com | May 18 2023 20:36:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519915929 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 18 2023 20:48:44 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville, Tx 75403-3001 |
| 519884600 | | Email/PDF: bncnotices@becket-lee.com | May 18 2023 21:00:23 | American Express National Bank, c/o Becket and |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| | | | | Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519850596 | + | Email/PDF: bncnotices@becket-lee.com | May 18 2023 20:48:08 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519850597 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 18 2023 20:35:00 | Apple Card/Gs Bank Usa, Lockbox 6112 Po Box 7247, Philadelphia, PA 19170-0001 |
| 519850599 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2023 20:49:20 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 519850598 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2023 20:48:37 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519889650 | + | Email/PDF: ebn_ais@aisinfo.com | May 18 2023 20:47:51 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519852291 | + | Email/Text: bankruptcy@cavps.com | May 18 2023 20:35:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519894249 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2023 20:49:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519850600 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2023 20:48:49 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519918110 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 18 2023 20:35:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519850601 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 18 2023 20:48:47 | Dpt Ed/Aidv, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519850602 | + | Email/Text: collectionbankruptcies.bancorp@53.com | May 18 2023 20:35:00 | Fifth Third Bank Na, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 519868503 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | May 18 2023 20:35:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 519913816 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 18 2023 20:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519906830 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2023 20:48:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519850607 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2023 20:48:02 | Macys/Cbna, Po Box 8218, Mason, OH 45040-8218 |
| 519890616 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 18 2023 20:49:05 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519850608 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 18 2023 20:48:44 | Midland Mtg/Midfirst, 999 Nw Grand Blvd, Oklahoma City, OK 73118-6051 |
| 519901733 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2023 20:35:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519850612 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2023 20:35:00 | Pnc Bank, N.A., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 519850611 | + | Email/Text: bkrgeneric@penfed.org | May 18 2023 20:34:00 | Pentagon Federal Cr Un, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 519888579 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 20:35:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519874563 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 20:35:00 | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519850617 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 20:48:17 | SYNCB/Ashley Furniture, 170 W Election Road, Suite 125, Draper, UT 84020-6425 |
| 519850618 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 20:49:23 | Syncb/Ppc, Po Box 530975, Orlando, FL 32896-0001 |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: May 18, 2023 | Form ID: plncf13 | Total Noticed: 54

| | | | | |
|---|---|---|---|---|
| 519851381 | + Email/PDF: gecsedi@recoverycorp.com | May 18 2023 21:00:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519864856 | + Email/Text: bncmail@w-legal.com | May 18 2023 20:35:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519871699 | + Email/Text: tdebn@credbankserv.com | May 18 2023 20:35:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519850619 | + Email/Text: bncmail@w-legal.com | May 18 2023 20:35:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 519850621 | ^ MEBN | May 18 2023 20:34:10 | Tolls by Mail, PO Box 15183, Albany, NY 12212-5183 |
| 519852838 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 18 2023 20:47:44 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| I. Dominic Simeone | on behalf of Creditor School House Mews Condominium Association dsimeone@srnjlawfirm.com  mhahn@srnjlawfirm.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Tamika Nicole Wyche | on behalf of Debtor Raquel L. Wade daviddanielslaw@gmail.com  16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5