Printed on: 01/02/2024

ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 23-11658 (JNP)

Raquel L. Wade
138 Chalkboard Court
Moorestown, NJ  08057

Monthly Payment: $496.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04/04/2023 | $496.00 | 05/05/2023 | $496.00 | 06/08/2023 | $496.00 | 07/17/2023 | $496.00 |
| 08/15/2023 | $496.00 | 09/19/2023 | $496.00 | 10/16/2023 | $496.00 | 11/15/2023 | $496.00 |
| 12/18/2023 | $496.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RAQUEL L. WADE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $4,563.00 | $3,587.04 | $975.96 | $3,587.04 |
| 1 | AFFIRM INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS | 33 | $109.72 | $0.00 | $109.72 | $0.00 |
| 3 | APPLE CARD/GS BANK USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $3,767.06 | $0.00 | $3,767.06 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $2,446.04 | $0.00 | $2,446.04 | $0.00 |
| 6 | CITIBANK, N.A. | 33 | $6,898.57 | $0.00 | $6,898.57 | $0.00 |
| 7 | AIDVANTAGE | 33 | $33,676.37 | $0.00 | $33,676.37 | $0.00 |
| 8 | FIFTH THIRD BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | FRANK BATISTINI ORTHODONTIST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | AMERICAN HONDA FINANCE CORPORATION | 24 | $1,540.02 | $0.00 | $1,540.02 | $0.00 |
| 11 | JEFFERSON HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | JEFFERSON HEALTH SYSTEM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MACYS/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MIDFIRST BANK | 24 | $5,419.20 | $0.00 | $5,419.20 | $0.00 |
| 15 | TOWNSHIP OF MOORESTOWN | 24 | $957.00 | $0.00 | $957.00 | $0.00 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $5,504.10 | $0.00 | $5,504.10 | $0.00 |
| 17 | QUANTUM3 GROUP, LLC | 33 | $19,064.24 | $0.00 | $19,064.24 | $0.00 |
| 18 | PNC BANK, N.A. | 33 | $4,604.49 | $0.00 | $4,604.49 | $0.00 |
| 19 | RAQUEL GRACIA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | CAVALRY SPV I, LLC | 33 | $3,783.28 | $0.00 | $3,783.28 | $0.00 |
| 21 | SCHOOL HOUSE MEWS CONDOMINIUM ASSOCIATION | 24 | $3,488.45 | $0.00 | $3,488.45 | $0.00 |
| 22 | SIMEONE & RAYNOR, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SUMMIT COLLECTION SERV | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $4,136.35 | $0.00 | $4,136.35 | $0.00 |
| 25 | TD BANK USA, N.A. | 33 | $2,213.27 | $0.00 | $2,213.27 | $0.00 |
| 26 | TD RETAIL CARD SERVICES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | TOLLS BY MAIL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | VIRTUA HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | YAZMINE GRACIA-WADE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | TAMIKA NICOLE WYCHE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | PNC BANK, N.A. | 33 | $946.03 | $0.00 | $946.03 | $0.00 |
| 34 | LVNV FUNDING, LLC | 33 | $12,691.51 | $0.00 | $12,691.51 | $0.00 |
| 35 | TD RETAIL CARD SERVICES | 33 | $879.47 | $0.00 | $879.47 | $0.00 |
| 36 | DEPARTMENT OF THE TREASURY | 28 | $1,240.00 | $0.00 | $1,240.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2023 | 1.00 | $0.00 |
| 05/01/2023 | Paid to Date | $992.00 |
| 06/01/2023 | 13.00 | $496.00 |
| 07/01/2024 | 45.00 | $900.00 |
| 04/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,464.00 |
| Total paid to creditors this period: | $3,587.04 |
| Undistributed Funds on Hand: | $448.38 |
| Arrearages: | $496.00 |
| Attorney: | TAMIKA N. WYCHE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**