Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 23-11658 (JNP)

Raquel L. Wade
138 Chalkboard Court
Moorestown, NJ  08057

Monthly Payment: $931.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/2025 | $900.00 | 03/05/2025 | $900.00 | 04/09/2025 | $931.00 | 05/07/2025 | $931.00 |
| 06/10/2025 | $931.00 | 07/08/2025 | $931.00 | 08/18/2025 | $931.00 | 09/18/2025 | $931.00 |
| 10/16/2025 | $931.00 | 11/18/2025 | $931.00 | 12/30/2025 | $931.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RAQUEL L. WADE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $4,563.00 | $4,563.00 | $0.00 | $975.96 |
| 1 | AFFIRM, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS | 33 | $109.72 | $0.00 | $109.72 | $0.00 |
| 3 | APPLE CARD/GS BANK USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $3,767.06 | $94.00 | $3,673.06 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $2,446.04 | $61.03 | $2,385.01 | $0.00 |
| 6 | CITIBANK, N.A. | 33 | $6,898.57 | $172.14 | $6,726.43 | $0.00 |
| 7 | AIDVANTAGE | 33 | $33,676.37 | $840.35 | $32,836.02 | $0.00 |
| 8 | FIFTH THIRD BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | FRANK BATISTINI ORTHODONTIST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | AMERICAN HONDA FINANCE CORPORATION | 24 | $1,540.02 | $1,540.02 | $0.00 | $813.55 |
| 11 | JEFFERSON HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | JEFFERSON HEALTH SYSTEM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MACYS/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MIDFIRST BANK | 24 | $5,419.20 | $5,419.20 | $0.00 | $2,862.82 |
| 15 | TOWNSHIP OF MOORESTOWN | 24 | $957.00 | $957.00 | $0.00 | $505.56 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $5,504.10 | $137.35 | $5,366.75 | $0.00 |
| 17 | QUANTUM3 GROUP, LLC | 33 | $19,064.24 | $475.73 | $18,588.51 | $0.00 |
| 18 | PNC BANK, N.A. | 33 | $4,604.49 | $114.90 | $4,489.59 | $0.00 |
| 19 | RAQUEL GRACIA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | CAVALRY SPV I, LLC | 33 | $3,783.28 | $94.40 | $3,688.88 | $0.00 |
| 21 | SCHOOL HOUSE MEWS CONDOMINIUM ASSOCIATION | 24 | $3,488.45 | $3,488.45 | $0.00 | $1,842.85 |
| 22 | SIMEONE & RAYNOR, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SUMMIT COLLECTION SERV | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $4,136.35 | $103.20 | $4,033.15 | $0.00 |
| 25 | TD BANK USA, N.A. | 33 | $2,213.27 | $55.22 | $2,158.05 | $0.00 |
| 26 | TD RETAIL CARD SERVICES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|------------|------------------|
| 27 | TOLLS BY MAIL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | VIRTUA HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | YAZMINE GRACIA-WADE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | TAMIKA NICOLE WYCHE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | PNC BANK, N.A. | 33 | $946.03 | $15.74 | $930.29 | $0.00 |
| 34 | LVNV FUNDING, LLC | 33 | $12,691.51 | $316.71 | $12,374.80 | $0.00 |
| 35 | TD RETAIL CARD SERVICES | 33 | $879.47 | $21.94 | $857.53 | $0.00 |
| 36 | DEPARTMENT OF THE TREASURY | 28 | $1,240.00 | $1,240.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|-----------|---------|
| 04/01/2023 | 23.00 | $0.00 |
| 03/01/2025 | Paid to Date | $14,440.00 |
| 04/01/2025 | 36.00 | $931.00 |
| 04/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $10,179.00 |
| Total paid to creditors this period: | $7,000.74 |
| Undistributed Funds on Hand: | $848.51 |
| Arrearages: | $0.00 |
| Attorney: | TAMIKA N. WYCHE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**